## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:

Kara Ann Bradley,

Debtor.

Case # 22-03051-eg

Chapter 13

## LIMITED OBJECTION TO CONFIRMATION OF PLAN

Creditor Barton Brimm, PA ("Creditor") hereby objects to confirmation of the Debtor's Chapter 13 plan on the following limited grounds:

1. Creditor is the holder of a post-petition priority claim pursuant to 11 U.S.C. § 503(b)(2) and § 507(a)(2). [1]

2. Section 4.1 of the Debtor's plan provides that post-petition priority obligations are to be paid by the Debtor directly to the holder of the claim, "unless otherwise ordered by the Court."

3. Because Creditor's claim is a lump-sum priority obligation, rather than an ongoing monthly or yearly priority obligation, Creditor requests that payments on its claim be made by the Chapter 13 Trustee. Therefore, Creditor objects to the extent that the plan provides that the Debtor will make payments to Creditor directly. 11 U.S.C. § 1326(b)(1).

4. Further, pursuant to 11 U.S.C. § 1325(a)(4), Creditor objects to the plan to the extent that Creditor's claim is not paid 100%, given the excess non-exempt equity in the Debtor's residence as well as other non-exempt assets.

---

[1] *See* POC #6.

WHEREFORE, Creditor requests that confirmation of the Debtor's plan filed on March 12, 2023 be denied unless amended to provide that Creditor's claim will be paid 100% and that Creditor's claim shall be paid by the Chapter 13 Trustee.

RESPECTFULLY SUBMITTED on this the 5th day of April, 2023.

                BARTON BRIMM, PA

BY: /s/ Christine E. Brimm
Christine E. Brimm, #6313
P. O. Box 14805
Myrtle Beach, South Carolina 29587
Email: cbrimm@bartonbrimm.com
Tele: (803) 256-6582
Fax: (803) 779-0267

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **IN RE:** | |
| **Kara Ann Bradley,** | Case # 22-03051-eg |
| **Debtor.** | Chapter 7 |

**CERTIFICATE OF SERVICE**

I, Connie Fraser, hereby certify that on behalf of the Chapter 7 Trustee, I served a copy of the **LIMITED OBJECTION TO CONFIRMATION OF PLAN filed March 12, 2023** on the parties shown below, via CM/ECF and/or First Class Mail, as indicated, on April 5, 2023.

Kara Ann Bradley
2940 Gantt Drive
Johns Island, SC  29455
*Via First Class Mail*

William Joseph Virgil Barr, Esq.
Recovery Law Group
20 Dimery Street
Kingstree, SC  29556
*Via CM/ECF*

                                        BARTON BRIMM, PA

                                        BY: /s/ Connie Fraser
                                        P.O. Box 14805
                                        Myrtle Beach, SC  29587
                                        TEL:  803.256.6582
                                        FAX:  803.779.0267