# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **IN RE:  KARA ANN BRADLEY**<br>**2940 GANTT DRIVE**<br>**JOHNS ISLAND, SC 29335**<br><br>Last four digits of Social Security or individual Tax-Payer-Identification (ITIN) No(s), (if any):<br><br>XXX-XX-3466<br><br><br>**DEBTOR(S)** | **CASE NO: 22-03051**<br><br>**CHAPTER 13** |

The debtor(s) in the above captioned case filed a Chapter 13 and amended schedules based on the following

1. Amended/Updated Schedule A/B to cure Trustee objection to Tax Refund exemption
2. Amended/Updated Schedule J for feasibility purposes

Date: May 29, 2023


/s/ William Joseph Virgil Barr_____
WV Barr Law, LLC/Recovery Law Group
Attorney for Debtor
20 Dimery Street
Kingstree, South Carolina 29556
Phone: (843) 530-4224
Phone: (843) 442-8902
Email: wbarr@recoverylawgroup.com