**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE: KARA ANN BRADLEY

,

Debtor(s).

C/A No.22-03051

Chapter

**CHAPTER 13 PLAN PAYMENT INCREASE STIPULATION**

The above-referenced debtor(s) file this stipulation after consultation with the chapter 13 trustee. The parties agree the plan payments must be increased to adequately fund the plan and/or comply with 11 U.S.C. § 1325.

**The plan payments and/or length of plan, as set forth in Section 2.1 of the plan filed on 06/1/2023 are hereby adjusted from $860 per month for 4 months to $1450 per month for 56 months**

This stipulation does not bar the chapter 13 trustee and debtor(s) from stipulating to a further change should one be necessary; nor does it affect the debtor(s)' other obligations required under said plan.

*The chapter 13 trustee, debtor(s), and the attorney for the debtor(s), if any, must sign below.*

✘ /s/ Kara Ann Bradley
  Kara Ann Bradley

  July 2, 2023
  Date [MM/DD/YYYY]

✘ _____
  [Debtor 2 name]

  _____
  Date [MM/DD/YYYY]

✘ /s/ William Joseph Virgil Barr
  William Joseph Virgil Barr
  106 North Academy Street
  843-530-4224
  Wvbarr@wvbarrlaw.com
  Federal ID# 13433

  July 2, 2023
  Date [MM/DD/YYYY]

✘ "Filed Electronically"
  [James Wyman]
  [Address]
  [Telephone number]
  [Email address]
  [U.S. District Court ID number]

  July 2, 2023
  Date [MM/DD/YYYY]

Rev. 9/22